Derek A. Newman, State Bar No. 190467
dn@newmanlaw.com
NEWMAN DU WORS LLP
100 Wilshire Boulevard, Suite 940
Santa Monica, CA 90401
Telephone: (310) 359-8200
Facsimile: (310) 359-8190

Derek Linke, State Bar No. 302724
linke@newmanlaw.com
NEWMAN DU WORS LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
Telephone: (206) 274-2800
Facsimile: (206) 274-2801

Attorneys for Defendants
XYZ.com, LLC and Daniel Negari

*filed on demand*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| VERISIGN, INC., <br><br> Plaintiff, <br><br> v. <br><br> XYZ.COM, LLC, and DANIEL NEGARI, <br><br> Defendants. | Case No. MC 15-00208 JFW (PLAx) <br><br> **NOTICE OF MOTION AND MOTION TO QUASH NONPARTY SUBPOENA BY DEFENDANTS XYZ.COM, LLC AND DANIEL NEGARI** <br><br> Date: July 20, 2015 <br> Time: 1:30 P.M. <br> Courtroom: 16 |

PAID 6/17/15
Clerk, US District Court
COURT 4612

1
NOTICE OF MOTION AND MOTION TO QUASH SUBPOENA

**To: Plaintiff Verisign, Inc. and to its attorneys of record**

PLEASE TAKE NOTICE that Defendants XYZ.com LLC and Daniel Negari will, and hereby do, move the Court under Rule 45 of the Federal Rules of Civil Procedure for an order quashing the June 5, 2015 subpoena served by Plaintiff Verisign, Inc. to Elias Aziz-Lavi, CPA, Defendants accounting firm. The subpoena was issued in connection with an action that is pending in the Eastern District of Virginia, *Verisign, Inc. v. XYZ.com, LLC et al.*, Case No. 1:14-cv-01749.

This Motion is based on this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, the declarations of Daniel Negari, Elias Aziz-Lavi, and Derek Linke filed herewith, the pleadings and papers on file in this action, such matters of which the Court may take judicial notice, and files and other matters that may be presented at the hearing.

Dated: June 17, 2015.                    Respectfully Submitted,

                                                                Newman Du Wors LLP

By:   s/ Derek Linke
       Derek A. Newman, State Bar No. 190467
       *dn@newmanlaw.com*
       Derek Linke, State Bar No. 302724
       *linke@newmanlaw.com*

       Attorneys for Defendants
       XYZ.com, LLC and Daniel Negari